377 A.2d 981

Barber v. Michailenko et al., Appellants.

Argued June 15, 1977. George J. McConchie, with him Cramp, D'Iorio, McConchie and Surrick, for appellants; James H. Corbey, Jr., with him Higgins, Gorbey, George & DiOrio, for appellee.

Order affirmed.

WATKINS, P. J., and PRICE and SPAETH, JJ., dissent.